**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Elizabeth H. and Roger H., Defendants,

Of Whom Roger H. is the Appellant,

In the interest of minor children under the age of 18.

Appellate Case No. 2012-205466

———————————

Appeal From Pickens County
Alex Kinlaw, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2012-UP-652
Submitted November 1, 2012 – Filed December 12, 2012

———————————

**AFFIRMED**

———————————

Rodney Wade Richey, of Richey & Richey, PA, of
Greenville, for Appellant.

Patti Austin Brady, of the South Carolina Department of
Social Services, of Pickens, for Respondent.

Karen G. Pruitt, of Karen G. Pruitt, Attorney at Law, of Central, for Guardian ad Litem.

**PER CURIAM:** Roger H. appeals the family court's Order of Intervention. Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.